IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEVI ROBINSON,<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>        Defendant. | No. 5:25-cv-05699 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Levi Robinson and Defendant Wal-Mart Associates, Inc., by their attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that this matter has been resolved and all claims against Defendant Wal-Mart Associates, Inc. are dismissed with prejudice and without costs or attorney's fees.

| | |
|---|---|
| /s/Larry A. Weisberg | /s/ Scott A. Forman |
| Larry A. Weisberg, Esq.<br>lweisberg@weisbergcummings.com<br>Derrek W. Cummings, Esq.<br>dcummings@weisbergcummings.com | Scott A. Forman (admitted *pro hac vice*)<br>sforman@littler.com<br>Kevin B. Frankel (PA 327459)<br>kfrankel@littler.com |
| WEISBERG CUMMINGS, P.C.<br>2704 Commerce Drive, Suite B<br>Harrisburg, PA 17110<br>717.238.5707 (t) | LITTLER MENDELSON, P.C.<br>Three Parkway<br>1601 Cherry Street, Suite 1400<br>Philadelphia, PA 19102.1321<br>267.402.3000 (t) |
| Attorney for Plaintiff<br>*Levi Robinson* | Attorneys for Defendant<br>*Wal-Mart Associates, Inc.* |

Dated: March 6, 2026

## **CERTIFICATE OF SERVICE**

I, Kevin B. Frankel, hereby certify that on the 6th day of March 2026, the foregoing document was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

*/s/ Kevin B. Frankel*
Kevin B. Frankel
